UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.M.O., A MINOR, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>    Defendants. | Case No. 19-cv-02992-SI (SI)<br>and 19-cv-3002 SI<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 21, 2020 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  January 31, 2020

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: October 30, 2020.

DESIGNATION OF EXPERTS: January 4, 2021; REBUTTAL: January 19, 2021;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: February 5, 2021.

DISPOSITIVE MOTIONS **SHALL** be filed by; November 13, 2020;
    Opp. Due: November 30, 2020; Reply Due: December 7, 2020;
    and set for hearing no later than December 18, 2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE: February 23, 2021 at 3:30 PM.

JURY TRIAL DATE: March 8, 2021 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties agree that these two cases be consolidated and that Case No. 19-CV-3002 SI be terminated.

A consolidated complaint shall be filed by 1/31/20, and the response shall be filed by 2/14/20.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 1/22/20

SUSAN ILLSTON
United States District Judge