UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.M.O., A MINOR, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>    Defendants. | Case No. 19-cv-02992-SI<br><br>**ORDER RE DISCOVERY DISPUTE NO. 1**<br><br>Re: Dkt. No. 43 |

The Court has reviewed the parties' April 28, 2020 discovery dispute letter regarding various subpoenas. Defendants shall file copies of all disputed subpoenas with the Court on or before Thursday May 7, 2020. Once the Court has reviewed the subpoenas, it will rule on the discovery dispute letter.

**IT IS SO ORDERED**.

Dated: May 4, 2020

SUSAN ILLSTON
United States District Judge