UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C.M.O., A MINOR, et al.,

    Plaintiffs,

v.

COUNTY OF SAN MATEO, et al.,

    Defendants.

Case No.  19-cv-02992-SI  (SI)

**SECOND PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: **November 20, 2020 at 3:00 PM**.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF: **April 30, 2021**

DESIGNATION OF EXPERTS: **July 2, 2021**; REBUTTAL: **July 16, 2021**;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF: **August 6, 2021**

DISPOSITIVE MOTIONS **SHALL** be filed by: **May 7, 2021**;
    Opp. Due: **May 21, 2021**; Reply Due: **May 28, 2021**;
    and set for hearing no later than **June 11, 2021 at 10:00 AM**.

PRETRIAL CONFERENCE DATE: **September 14, 2021 at 3:30 PM**.

JURY TRIAL DATE: **September 27, 2021 at 8:30 AM**.
    Courtroom 1, 17th floor.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: August 25, 2020

_____
SUSAN ILLSTON
United States District Judge