UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C.M.O., A MINOR, et al.,

    Plaintiffs,

v.

COUNTY OF SAN MATEO, et al.,

    Defendants.

Case No. 19-cv-02992-SI  (SI)

**THIRD AMENDED PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 6/18/21 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

ADR:  The parties are instructed to contact Judge Kim to request a further Settlement Conference to occur no later than the end of June 2021.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 6/25/21.

DESIGNATION OF EXPERTS: 8/27/21; REBUTTAL: 9/10/21;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 10/1/21.

DISPOSITIVE MOTIONS **SHALL** be filed by; 7/2/21;
    Opp. Due: 7/16/21; Reply Due: 7/23/21;
    and set for hearing no later than 8/6/21 at 10:00 AM.

PRETRIAL CONFERENCE DATE: 10/26/21 at 3:30 PM.

Jury TRIAL DATE: 11/8/21 at 8:30 AM.
    Courtroom 1, 17th floor.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: March 5, 2021

_____
SUSAN ILLSTON
United States District Judge