UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.M.O., A MINOR, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>Defendants. | Case No. 19-cv-02992-SI<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO FILE CONSOLIDATED SUMMARY JUDGMENT BRIEFING; DENYING AS MOOT MOTION TO EXTEND SUMMARY JUDGMENT DEADLINES**<br><br>Re: 71, 73 |

Before the Court are motions to file consolidated summary judgment briefing and extend summary judgment deadlines filed by defendants County of San Mateo, Sergeant David Weidner, Deputy John DeMartini, Deputy Alyssa Lorenzatti, Deputy Joshua Wang, and Deputy Bryan Watt (collectively "defendants"). Dkt. Nos. 71; 73. Defendants request leave to file one consolidated summary judgment motion of no more than 40 pages and one consolidated reply of no more than 20 pages. Dkt. No. 71. Defendants also request to extend summary judgment deadlines by three weeks. Dkt. No. 73.

The Court hereby **GRANTS** defendants' motion to file consolidated summary judgment briefing. Defendants may file one consolidated summary judgment motion of no more than 40 pages and one consolidated summary-judgment reply of no more than 20 pages. Plaintiffs may file an opposition of no more than 40 pages.

On June 28, 2021, the parties filed a stipulation to extend case deadlines. Dkt. No. 78. The Court granted the stipulation. Dkt. No. 79. Accordingly, the Court **DENIES AS MOOT** defendants' motion to extend summary judgment deadline.

**IT IS SO ORDERED**.

Dated: July 2, 2021

SUSAN ILLSTON
United States District Judge

1